# Criminal Case Cover Sheet
U.S. District Court - District of Massachusetts

**Place of Offense:** DMA  **Category No.** II  **Investigating Agency** FBI

**City** Mashpee
**County** Barnstable

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  See Additional Information
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes ☑ No

Defendant Name: Robert Scott Murray  Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: N/A
Address: 21 SQUAWS LN, MASHPEE, MA 02649
Birth date (Yr only): 1963  SSN (last 4#): 8189  Sex: M  Race: White  Nationality: USA

**Defense Counsel if known:** Cory Flashner  Address: One Financial Center, 41st Floor
Bar Number: 629205  Boston, MA 02111

**U.S. Attorney Information**
AUSA: Christopher J. Markham  Bar Number if applicable: _____

**Interpreter:** ☐ Yes ☑ No  List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:** MASHPEE, MA 02649
**Arrest Date:** N/A

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____  on _____

**Charging Document:** ☐ Complaint  ☑ Information  ☐ Indictment
**Total # of Counts:** ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 5/31/2024  Signature of AUSA: CHRISTOPHER MARKHAM (Digitally signed by CHRISTOPHER MARKHAM, Date: 2024.05.31 06:28:06 -04'00')

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Robert Scott Murray

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 15 U.S.C. § 78(j)(b); 17 C.F.R. § 240.10b-5 | Securities Fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

23-4520; 23-4521; 23-4640; 23-4641; 23-4642; 23-4643; 24-4020; 24-4021; 24-4063