**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>ROBERT SCOTT MURRAY,<br><br>    Defendant. | Case No. 1:24-cr-10160-DJC |

**ASSENTED TO MOTION TO CONTINUE**
**THE WAIVER OF INDICTMENT AND RULE 11 HEARING**

Defendant Robert Scott Murray requests, with the assent of the Government, that the Rule 11 hearing currently scheduled for June 5, 2024, be continued to June 27, 2024.

1.  Mr. Murray is charged in a one count Information alleging a violation of Title 15, United States Code, Sections 78j(b) and 78ff(a) and Tile 17, Code of Federal Regulations, Section 240.10b-5. *(ECF # 001).*

2.  On April 29, 2024, Mr. Murray signed a plea agreement with the Government. *(ECF # 002).*

3.  On May 31, 2024, the Government filed the Information (*ECF # 001)* and Plea Agreement *(ECF # 002)* with the Court, and the Court set June 5, 2024 for hearing regarding a Waiver of Indictment and a Rule 11 hearing. *(ECF # 007).*

4.  Mr. Murray is scheduled to have a medical procedure today, June 3, 2024.  This procedure has been planned for several weeks and will result in Mr. Murray being unable to appear in court on June 5, 2025.

1

5. Based on the forgoing, Mr. Murray requests, with the assent of the Government, that the sentencing currently scheduled for June 5, 2024, be continued to June 27, 2024.

Whereas Mr. Murry is unable to appear in court on June 5, 2024 due to a previously scheduled medical procedure, he respectfully requests that the Waiver of Indictment and Rule 11 hearing currently scheduled for June 5, 2024 be continued to June, 27, 2024.

Dated: June 3, 2024

Respectfully submitted,

ROBERT SCOTT MURRAY
By his attorneys,

*/s/ Cory S. Flashner*
Cory S. Flashner (BBO # 629205)
John F. Sylvia (BBO # 555581)
Evelyn Limon (BBO # 699513 )
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA  02111
(617) 348-1605 (telephone)
csflashner@mintz.com
jfsylvia@mintz.com
elimon@mintz.com

**RULE 7.1 CERTIFICATION**

Undersigned counsel certifies that, on June 1, 2024, he conferred with counsel for the

Government, and the Government assents to the Motion.

**CERTIFICATE OF SERVICE**

I, Cory S. Flashner, counsel for the Defendant, hereby certify that this document filed

through the CM/ECF system will be sent electronically to the registered participants as identified

on the NEF, and paper copies will be sent to those indicated as non-registered participants on

June 3, 2024.

*/s/ Cory S. Flashner*
Cory S. Flashner (BBO # 629205)