# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROBERT SCOTT MURRAY<br><br>                Defendant. | Criminal No. 1:24-cr-10160-DJC-1 |

## ASSENTED-TO MOTION TO CONTINUE THE SENTENCING HEARING AND ESTABLISH DATES FOR EXPERT DISCOVERY

The Defendant, Robert Scott Murray, with the assent of the Government, moves to continue the sentencing hearing currently scheduled for October 3, 2024 and to establish dates for the exchange of expert reports regarding the application of United States Sentencing Guideline §2B1.1(b)(1). More specifically, the parties request that the sentencing be continued from October 3, 2024 to October 29, 2024.

In addition to the request to continue the sentencing, the Defendant, with the Government's assent, requests that the Court adopt the below noted schedule for the exchange of expert reports:

1) Deadline for the Government to Exchange its Expert Report with Defendant: **September 25, 2024**;

2) Deadline for Defendant to Exchange its Expert Report with the Government: **October 2, 2024**;

3) Deadline for each Party to File its Sentencing Memorandum: **October 17, 2024**; and

4) Sentencing set for: **October 29, 2024.**

                                                Respectfully Submitted,
                                                BY HIS ATTORNEYS

*/s/ Cory S. Flashner*
Cory S. Flashner (BBO #629205)
John F. Sylvia (BBO #555581)
Evelyn Limon (BBO # 699513)
MINTZ, LEVIN, COHN, FERRIS,
   GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 348-4921
CSFlashner@mintz.com
JFSylvia@mintz.com
Elimon@mintz.com

Dated: September 19, 2024

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2) the undersigned certifies that the attorneys for the Defendant have conferred with the attorney for the Government and the Government assents to this motion.

*/s/ Cory S. Flashner*
Cory S. Flashner (BBO #629205)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 348-1605
CSFlashner@mintz.com

## **CERTIFICATE OF SERVICE**

I, Cory S. Flashner, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and to the United States Probation Department via email.

>  */s/ Cory S. Flashner*
>  Cory S. Flashner (BBO #629205)
>  MINTZ, LEVIN, COHN, FERRIS,
>  GLOVSKY AND POPEO, P.C.
>  One Financial Center
>  Boston, MA 02111
>  (617) 348-1605
>  CSFlashner@mintz.com

118233584v.1