UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROBERT SCOTT MURRAY<br><br>Defendant. | Criminal Case No. 24-CR-10160-DJC |

**AGREED MOTION FOR ORDER DIRECTING THE CLERK OF COURT
TO TURN OVER FUNDS MISTAKENLY DELIVERED TO CLERK OF COURT**

The United States of America, with the assent of defendant Robert Scott Murray, requests that the Court enter an order directing the Clerk's Office to turn over $227,543 in funds that defendant mistakenly delivered to the Clerk's Office, so that such funds can be applied to defendant's forfeiture money judgment.

On June 27, 2024, defendant pled guilty to one count of securities fraud pursuant to a written plea agreement in which he agreed to entry of an order of forfeiture (money judgment) in an amount to be determined at the time of sentencing. On October 29, 2024, the Court entered judgment against defendant, sentencing him to 10 months imprisonment, 2 years supervised release, a $100 special assessment, and entered an order of forfeiture (money judgment) in the amount of $227,543.  No restitution was ordered.

Defendant mistakenly delivered payment of $227,543 to the Clerk of Court, which has informed the United States Attorney's Office that they require an order from this Court to redirect the funds to the intended destination. The funds will be transferred from the Clerk's Office to the United Staes Marshals Office via their IPAC system.

**Conclusion**

For the foregoing reasons, the United States respectfully requests that the Court grant this Motion and direct the Clerk of the Court to transfer $227,543 to the United States Marshals Service for the application toward the Defendant's Order of Forfeiture (Money Judgment). Once this relief is granted, and the funds are transferred, the United States will file a notice on the docket that the Defendant's forfeiture obligations as part of his sentencing have been satisfied.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

Date:  November 14, 2024          By:    /s/ Brendan T. Mockler
                                         BRENDAN T. MOCKLER
                                         Assistant United States Attorney
                                         1 Courthouse Way, Suite 9200
                                         Boston, MA 02210
                                         Tel. No. (617) 748-3213
                                         brendan.mockler@usdoj.gov

SO ORDERED:

December 5, 2024                         _____
Date                                     **DENISE J. CASPER**
                                         United States District Judge